IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLTON REED TIPTON | § | |
| VS. | § | CIVIL ACTION NO. 1:14-CV-370 |
| BRAD LIVINGSTON, DIRECTOR, TDCJ-CID, *et al.*, | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Charlton Reed Tipton, an inmate confined at the Mark Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against defendants Warden Christopher Carter and Assistant Warden Virgil McMullen.[1]

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends defendants' motion for summary judgment for failure to exhaust administrative remedies as to defendant Carter and plaintiff's claim of retaliatory administrative segregation be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

---

[1] Plaintiff's claims against defendants Livingston, Siringi, Apperson, Davis and Breaux were dismissed for failure to state a claim and as frivolous (docket entry nos. 27 & 28).

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A partial judgment will be entered in this case in accordance with the Magistrate Judge's recommendations. Plaintiff's claims against defendant McMullen shall proceed.

**SIGNED** this the **17** day of **July, 2017.**

_____
Thad Heartfield
United States District Judge